

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00134-CV

GIAVONNE COMBS                                                    APPELLANT

V.

VERANDAHS AT CLIFFSIDE                                            APPELLEE

------------

## FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On May 6, 2011, and May 20, 2011, we notified appellant, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless the $175 filing fee was paid. *See* Tex. R. App. P. 42.3(c). Appellant has not paid the $175 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

---

[1]*See* Tex. R. App. P. 47.4.

Because appellant has failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2007,[2] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DELIVERED: June 23, 2011

---

[2]*See* Supreme Court of Tex., Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in courts of appeals).